**Exhibit A to the Complaint**

**Location:** Boston, MA  
**Total Works Infringed:** 50

**IP Address:** 209.6.106.210  
**ISP:** Astound Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 238F3CAB67F035AAC2B4C46923C4755DA438275F<br>File Hash:<br>84F325B047EA3E685F07C5688893BC8F365397C2D537F0B9C34D98D4704385C7 | 10-08-2023 16:12:57 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 2 | Info Hash: 9C27938D371C1BE62AB8E2CD8A98A64B3FF05D38<br>File Hash:<br>096584EB9BC68C1E3F8DBEA08B37AB64ADC81DAA022AF608D3F050B23DC26334 | 09-20-2023 00:14:00 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 3 | Info Hash: 3E9FD3E54D9D365DC0235D015BEA991D070CE2F4<br>File Hash:<br>6E51026C5FC4B7D8E4B03A4E785FDF26B448E3C33160B3580B2CD3E3AD066D39 | 09-17-2023 21:18:46 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 4 | Info Hash: 3BB2C2D69CD73FE3B73C1036EC55D80D64C66F12<br>File Hash:<br>6BA3208A637EFB1F6B25CACAC5D579D641B8E4991DDA11938BD640DA20283EC5 | 09-17-2023 21:00:40 | Blacked | 09-09-2023 | 09-18-2023 | PA0002430904 |
| 5 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash:<br>9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 08-22-2023 23:55:28 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 6 | Info Hash: 81E0FFE80918459EE3F88ABFABE87754C6AA90D0<br>File Hash:<br>0476D9D05D049976B73B0F941DF2524670517FA85723CE808A6F129FF6483DE0 | 08-15-2023 23:34:58 | Slayed | 04-04-2023 | 06-09-2023 | PA0002415743 |
| 7 | Info Hash: EB9228DBE035E687406618ACC173E30081A1489F<br>File Hash:<br>FD9FEAEFDBC21FBFB2EBCE61898F1B0B07F7E90084C537C261D23EF96D030665 | 08-13-2023 01:02:47 | Blacked | 08-12-2023 | 10-18-2023 | PA0002435264 |
| 8 | Info Hash: 59A2DEAE5FABF0702D81D4AF65DFF62AA23ABB44<br>File Hash:<br>65D00E8AB635215F0ECDD34079BACC4C1CBA68074BB6E59F91330159FFE66E7E | 08-13-2023 00:56:10 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 9 | Info Hash: 6D49735C0DDB21CF81FFC0A02ABCC98DB0464D0B<br>File Hash:<br>605C7000DB5139AB0E1DB382E2277BC96B44FCADAFA72F5CE09F1421B46C3216 | 08-04-2023 00:21:02 | Slayed | 03-07-2023 | 04-13-2023 | PA0002407765 |
| 10 | Info Hash: 73C63DF596AC92883E6177C6DE2FED755812B0E8<br>File Hash:<br>79F7550AD518EF44803C68045A7E186F8EFF010AB32992D0348E9D6E03465533 | 08-04-2023 00:14:12 | Slayed | 03-14-2023 | 04-13-2023 | PA0002407768 |
| 11 | Info Hash: 01AAE92E37CECCD044E09E8D38472E65FE365616<br>File Hash:<br>90E1DAD2E3B303A69C0E6823D405E58C43A815615410C39B632EAA1390D6D0D4 | 07-19-2023 23:30:40 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7302008CD4D759C4443DE769C5D79141DCC1D82C<br>File Hash: 3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 07-07-2023 00:05:04 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 13 | Info Hash: 443681B5D8342B7735D10346531895088E99A4C0<br>File Hash: E96BD047927C5BF7C179F0D2B4FBE6A24483495CBB068032BFA75D56D35511DE | 06-18-2023 12:35:49 | Slayed | 12-13-2022 | 01-05-2023 | PA0002393959 |
| 14 | Info Hash: 15088963C7A65B0731C8A1D3478E2DA3B0824D14<br>File Hash: 49A0D57F5EAEA61EDE963B035C4D0378840392E668253C24D1D01FA2A9C8F226 | 06-18-2023 12:33:49 | Slayed | 12-06-2022 | 01-05-2023 | PA0002393656 |
| 15 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash: F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05-25-2023 23:04:12 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 16 | Info Hash: 205FBB24B91AB34F3028E4AD441903C837B22D24<br>File Hash: B443A96160306BB2A63650140949F142B6000EBE345D7621593FE62529EFEDE1 | 05-21-2023 20:20:12 | Slayed | 11-01-2022 | 11-24-2022 | PA0002388645 |
| 17 | Info Hash: CB8114253C6E3EC4A03F14D28052ED035F72B0CE<br>File Hash: 50AE995B762C1A2AC9FDC04D48B70A2CE3545D5B1C7E68C4892185EE4BCBF6EF | 04-19-2023 17:10:04 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 18 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash: 5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04-19-2023 16:50:15 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 19 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04-19-2023 16:40:54 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 20 | Info Hash: F3D816318CF31DE7C799B3D8EDCAB1EDCE0B8E91<br>File Hash: DCBBC7C798C9B537ACE8CFE0FF4BBABCAF96F11F1B8A72A4922BC8F8AB73F9FA | 04-11-2023 00:04:14 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |
| 21 | Info Hash: C20779E6B6C08FB5125BC6BB25E544D894FF798D<br>File Hash: B01CB0642FB5402F96553CF8CE816BCBEFE8953231080FD8E505533B50C500FD | 04-01-2023 23:09:32 | Slayed | 09-27-2022 | 11-27-2022 | PA0002388300 |
| 22 | Info Hash: 8B2FBC68FDA8B9DC6EB56316B6177A81B951C9FE<br>File Hash: C0B00827D25BB4E2EF26F69D89E1C8FFE607CC1092CA6A6F12A3A06359DC214B | 04-01-2023 23:02:14 | Slayed | 09-20-2022 | 11-27-2022 | PA0002388098 |
| 23 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash: 41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-25-2023 19:00:53 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3E78E34C4F717A5B631FB38EC05F6604E0CD06BD<br>File Hash: EE0AD28AE55E6EC3CC118CEECD019EDBAC05DBEB49DD8ABCBEE48E48931963B3 | 02-22-2023 14:27:33 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 25 | Info Hash: C8FF847908D130C6C3E87A97BEDD88F0CA1ED59D<br>File Hash: F246A8043D601F8511839CDA882002B70D86CB56F39A4159E15C6752C7B8F558 | 02-19-2023 16:35:56 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 26 | Info Hash: 1E098BFD1E70D59242134EEA731CD2397EEA2DBE<br>File Hash: EF30700ECCCB3617D9A68E2948B72012052401663B228B25829C63CA2EF1E2CA | 01-29-2023 17:26:11 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 27 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-17-2023 15:11:22 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 28 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash: E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 01-09-2023 16:57:20 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 29 | Info Hash: 978F02B3211A09F06F3B32AF90AAC8DCAA0B8552<br>File Hash: 3BFDF62D7AA88096A2A563100C318BE1EB5EE3668F705B04A7D26CF04DAC8182 | 12-31-2022 18:37:22 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 30 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 12-31-2022 18:32:30 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 31 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash: A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 12-27-2022 17:46:02 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 32 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 12-27-2022 17:45:43 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 33 | Info Hash: 7FCAEB64C30D312D0368A0EE2B96DDD7DA8C5323<br>File Hash: 4A5C45BE11FB5C74ECE3BECC42D46EBECB9DC303828B7ADFA1687339E4E148AA | 12-20-2022 17:53:14 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 34 | Info Hash: 86895CC03EC0D7BD387C3EE4C768B7E41385236A<br>File Hash: F1D77EECD8E1B756CF0297F9B9829C99770B358ECE874C860DA36E8A4106B384 | 12-20-2022 17:30:44 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 35 | Info Hash: D8764F4AF562743164F9ED9498A828FCAC0FB208<br>File Hash: F2635EF58AFC55E9452F79171FC8B38E7B21F0BBFE4D3683CA44CB699D439516 | 12-15-2022 15:26:35 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E392A850088C2E06ADE101186F9D079552FAEB39<br>File Hash: BFC21BFB8625C29AB823AC2EC38B6C00D98930264846738738DBC7508BF4C346 | 12-12-2022 16:43:23 | Slayed | 06-07-2022 | 07-21-2022 | PA0002367487 |
| 37 | Info Hash: 1BCA28F670A68A125751AFE39EB75D4DBB40604D<br>File Hash: 64ADEC57ABFADD4767708E5CE36548E72858D64704D9DF8E6F0397EA4F0110BB | 12-07-2022 04:31:41 | Slayed | 05-10-2022 | 06-09-2022 | PA0002361671 |
| 38 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash: A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-22-2022 14:11:41 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 39 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash: 2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11-22-2022 14:08:38 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 40 | Info Hash: 95D26FABB948FB8FE36127BFFA7F810C87D756DE<br>File Hash: 7D8A3C3849C6A5E8C87FCB5A08C2904490E0DFB385374B24561D250BE08EA736 | 11-01-2022 15:01:43 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 41 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash: 769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 10-17-2022 23:09:48 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 42 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-06-2022 06:14:32 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 43 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-06-2022 06:10:47 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 44 | Info Hash: 99887C9578C10A436D1B4E74B813254B62C017AC<br>File Hash: B9118A03F3E33BEBD15047E049B61017266ADA636A464187A5A78BA840982388 | 10-02-2022 01:39:13 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 45 | Info Hash: 1A5A670CF46ED5D03AE896DDF0E153014625C408<br>File Hash: 834637AC6399715ADC8BD14F21D4B3D6B16E0E386F935297482D793DB70375F1 | 09-22-2022 00:24:38 | Slayed | 03-29-2022 | 04-21-2022 | PA0002353060 |
| 46 | Info Hash: 28C56D9BC6CA8BDBDEB7C00D4F5668060BE4C31C<br>File Hash: DD8991E54DE3AABF733AD60D9B26C24F79AB58A8A45B30A27307714AAD819A64 | 09-20-2022 14:24:02 | Slayed | 03-08-2022 | 04-21-2022 | PA0002353782 |
| 47 | Info Hash: 867243265EC951A36666CC3ECB3EE588E81CE8B0<br>File Hash: B2299E20FD59E1371F994BB35229041AA332DD598679E1FC2CF8394FAB446176 | 09-18-2022 01:37:37 | Slayed | 03-15-2022 | 04-21-2022 | PA0002353059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E2086F3C551329D567047890A9AE07ED50ADC4F2<br>File Hash: 7561B3C94BF63220BA8C558AE286B8CEC046152CD34CD4ABCAF64BA3DA2DD725 | 09-18-2022 00:13:22 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 49 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-07-2022 00:18:48 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 50 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 09-02-2022 23:24:08 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |